## WILLIAM W. PETIT *versus* WILLIAM BREWSTER

JOURNAL ENTRIES (1824): *Journal 3:* (1) Dismissed *p. 482.
PAPERS IN FILE: (1) Affidavit and petition for supersedeas, allowance.
*1824–36 Calendar*, MS p. 10.